IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ANITA K. WILLIAMS | PLAINTIFF |
| v.    CASE NO. 3:14CV0038 BSM | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | DEFENDANT |
| ANITA K WILLIAMS | PLAINTIFF |
| v.    CASE NO. 3:14CV00028 BSM | |
| JASON MODDE and JOHNSTON TRUCKING, INC. | DEFENDANTS |

### ORDER

Plaintiff Anita Williams filed her original complaint against State Farm Mutual Automobile Insurance Company on or about July 8, 2013. She then filed a complaint against Jason Modde and Johnston Trucking, Inc. on January 28, 2014. Having reviewed the allegations in these two cases, it is determined that consolidation is appropriate under Fed. R. Civ. P. 42(a). In accordance with the practice in the Eastern District of Arkansas, the first-filed case, *Williams v. State Farm Mutual Automobile Insurance Company*, 3:14cv00038, is designated as the lead case. All pleadings should be filed in that case.

IT IS SO ORDERED this 10th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE