**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ANITA K. WILLIAMS**                                                                 **PLAINTIFF**

v.         **CASE NO. 3:14CV00038 BSM**
           **CONSOL. WITH CASE NO. 3:14CV00028 BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, JASON MODDE,**
**and JOHNSTON TRUCKING**                                                      **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 86], this case is dismissed with prejudice, with each party to bear its own fees and costs. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 10th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE