## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANITA K. WILLIAMS**                                                        **PLAINTIFF**

**v.**                    **CASE NO. 3:14CV00038 BSM**
              **CONSOL. WITH CASE NO. 3:14CV00028 BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, JASON MODDE,**
**and JOHNSTON TRUCKING**                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered separately today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE